IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CRAIG FULLER                                                                                               PLAINTIFF

      v.                            Civil No. 07-5050

NURSE ANDREA GARRETT;
DR. HUSKINS; and
SGT. SHARP                                                                                               DEFENDANTS

## ORDER

On June 6, 2007, a motion to set aside service (Doc. 11) was filed on behalf of separate defendant Sgt. Sharp. According to the motion, on May 22, 2007, the Benton County Sheriff's Department received via delivery by the United States Marshal Service a complaint for Andrea Garrett, Dr. Huskins, and Sgt. Sharp.

Sgt. Sharp's last day of employment with Benton County was April 7, 2007. The motion indicates that it is believed Sharp is employed with a federal prison facility in Kansas. Since Sharp was no longer employed at Benton County when the complaint was received and was not served personally, defendants maintain the service should be set aside.

The motion to set aside (Doc. 11) service on Sharp is granted. However, counsel for Nurse Garrett and Dr. Huskins is directed to provide the court with Sharp's social security number, date of birth, last known or current address, and last known or current phone number. As there are privacy concerns with making certain of this information readily available via electronic means, this information may be furnished to the court in letter form. The information should be provided to the court by **June 30, 2007.**

IT IS SO ORDERED this 13th day of June 2007.

                                          /s/ *J. Marschewski*
                                          HON. JAMES R. MARSCHEWSKI
                                          UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)